# Third District Court of Appeal

## State of Florida

Opinion filed November 9, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2302
Lower Tribunal No. 12-41663
_____

**Kantor, Palmetto & Associates, P.L.,**
Appellant,

vs.

**Medley Plaza, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Law Offices of Jonathan J. Alfonso, P.A., and Jonathan J. Alfonso and Carolina Maria Dutriz, for appellant.

South Milhausen, P.A., and F. Lee Morrison (Orlando), for appellee The Rama Fund, LLC.

Before SUAREZ, C.J., and FERNANDEZ and SCALES, JJ.

PER CURIAM.

Appellant Kantor, Palmetto & Associates, P.L. was appointed by the trial court to serve as the receiver in this commercial foreclosure case. Kantor challenges the trial court's order that determined the amount of receivership fees to which Kantor is entitled.

Finding no abuse of discretion, we affirm that portion of the trial court's order setting Kantor's receivership fees. Because it appears from the record, however, that the trial court did not adjudicate Kantor's claim seeking approximately $15,319.56 in attorney's fees, we remand the case to the trial court specifically to adjudicate Kantor's claim for recoupment of its attorney's fees.

Affirmed in part, remanded in part.